NELSEN, Appellant, v. MENNO STATE BANK et al, Respondents.

(220 N. W. 850.)

(File No. 6005. Opinion filed August 10, 1928.)

*Clark & Henderson*, of Yankton, for Appellant.
*Bogue & Bogue*, of Parker, for Respondents.

BROWN, J. Plaintiff, as administrator of the estate of Clara M. Fennell, sues to recover the value of a certificate of deposit in defendant bank, which plaintiff alleges defendant bank has converted to its own use. The answers allege that the deposit was the money of defendant Mrs. Philip Schenk, and that deceased held the certificate of deposit as trustee for said defendant. Plaintiff moved for judgment on the pleadings, on the ground that the answers state no defense, and from an order denying the motion plaintiff appeals.

An order denying judgment on the pleadings is an interlocutory order, and is not appealable. Warwick v. Bliss (S. D.) 216 N. W. 865. Persons v. Simons, 1 N. D. 243, 46 N. W. 959.

The appeal is dismissed.

BURCH, P. J., and POLLEY, SHERWOOD, and CAMPBELL, JJ., concur.